IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JIMI ROSE,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 21-CV-4092** |
| | : | |
| **WALMART CORPORATION,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 19th day of January, 2022, upon consideration of Plaintiff Jimi Rose's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. For the reasons stated in the Court's Memorandum, the Complaint is **DISMISSED** as follows:

   a. Rose's federal claims, other than any federal constitutional claim brought pursuant to 42 U.S.C. § 1983, are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

   b. Any federal constitutional claim brought pursuant to § 1983 is **DISMISSED WITHOUT PREJUDICE** as barred by *Heck v. Humphrey*, 512 U.S. 477, (1994) and Rose may reassert that claim in a new civil action if the bar is ever removed.

    c. Rose's state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction, and he may pursue those claims in the appropriate state court.

4. The Clerk of Court is **DIRECTED** to close this case.

**BY THE COURT:**

                                        /s/ Jeffrey L. Schmehl
                                  **JEFFREY L. SCHMEHL, J.**